**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1904

DERRICK MICHAEL ALLEN, SR.,

Plaintiff - Appellant,

v.

SHERIFF CLARENCE BIRKHEAD; DURHAM COUNTY DETENTION
FACILITY; DEPUTY WALDON; DEPUTY MCFALLS; OFFICER CAMPBELL;
CHIEF PRIGNANO; SENIOR OFC. D. FAISON; E. BAZMORE; SGT. HOLLY;
SERGEANT/STAFF SERGE MOMPOINT SAINT; LIEUTENANT MCQUIG;
LIEUTENANT SUDDEN; OFFICER MCDOUGLE,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-01159-TDS-LPA)

Submitted:  September 22, 2022                    Decided:  September 26, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Birkhead*, No. 1:20-cv-01159-TDS-LPA (M.D.N.C. Aug. 11, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*